```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 21305
   JAMES E COFFEY
   EARLENE SPEARMON COFFEY                   CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-5734     SSN XXX-XX-1435

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/26/2005 and was confirmed 07/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  34.42% from remaining funds.

     The case was paid in full 06/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00           .00           .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00           .00           .00
HARRIS BANK               SECURED          3158.65         81.17       3158.65
SUNTERRA FINANCIAL SERVI  SECURED NOT I        .00           .00           .00
SUNTERRA FINANCIAL SERVI  UNSECURED       NOT FILED          .00           .00
HARRIS BANK               UNSECURED       NOT FILED          .00           .00
ADVANTA BANKCORP          NOTICE ONLY     NOT FILED          .00           .00
ECAST SETTLEMENT CORP     UNSECURED         1992.42          .00        685.77
ALL RISKS LTD             UNSECURED         1155.60          .00        397.75
GC SERVICES               NOTICE ONLY     NOT FILED          .00           .00
AMERICAN EXPRESS TRAVEL   UNSECURED         8038.71          .00       2766.84
AMERICAN EXPRESS TRAVEL   UNSECURED         8545.22          .00       2941.18
CAPITAL ONE BANK          UNSECURED         1423.42          .00        489.93
CITI CARDS                UNSECURED       NOT FILED          .00           .00
CITIBANK                  NOTICE ONLY     NOT FILED          .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED         7894.76          .00       2717.30
FIFTH THIRD BANK          UNSECURED          931.79          .00        320.71
FIFTH THIRD BANK          UNSECURED OTH      956.00          .00        329.02
LASALLE BANK              UNSECURED       NOT FILED          .00           .00
FEDERATED FINANCIAL CORP  UNSECURED        11199.87          .00       3854.88
ECAST SETTLEMENT CORP     UNSECURED        12786.82          .00       4401.10
CITIBANK                  UNSECURED         2060.67          .00        709.26
PITNEY BOWES CREDIT CORP  FILED LATE        1640.98          .00           .00
WELLS FARGO HOME MORTGAG  UNSECURED       NOT FILED          .00           .00
WELLS FARGO HOME MORTGAG  UNSECURED       NOT FILED          .00           .00
WELLS FARGO HOME MORTGAG  UNSECURED       NOT FILED          .00           .00
URBAN & BURT LTD          DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                     1,374.44
DEBTOR REFUND             REFUND                                         80.57

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 21305 JAMES E COFFEY & EARLENE SPEARMON COFFEY
```

```
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  24,308.57

PRIORITY                                              .00
SECURED                                          3,158.65
    INTEREST                                        81.17
UNSECURED                                       19,613.74
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             1,374.44
DEBTOR REFUND                                       80.57
                        ---------------    ---------------
TOTALS                   24,308.57              24,308.57
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 09/25/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```